IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| v. | : | |
| JOHN WETZEL, et al. | : | NO. 20-2481 |

### ORDER

AND NOW, this **20th** day of **August**, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **SUMMARILY DISMISSED**;

3. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE** as unexhausted in the state courts; and

4. A certificate of appealability is not granted.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY,        J.